IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DEON EUGENE BROWN, SR.,

    Petitioner,

v.                                                                                          No. 1:19-cv-01147-JDB-jay

UNITED STATES OF AMERICA,

    Respondent.


ORDER DENYING REQUEST FOR SENTENCE REDUCTION WITHOUT PREJUDICE,
DIRECTING PETITIONER TO FILE § 2255 PETITION ON OFFICIAL FORM,
AND
DIRECTING CLERK TO MAIL OFFICIAL FORM

On July 19, 2019, Petitioner, Deon Eugene Brown, Sr., filed a *pro se* habeas corpus petition (the "Petition"), pursuant to 28 U.S.C. § 2255. (Docket Entry 1.) Petitioner alleges that his sentence should be vacated because his attorney provided ineffective assistance. (*Id.* at PageID 1-2.) He also requests a reduction in his sentence under 18 U.S.C. § 3582(c). (*Id.*)

Petitioner is advised that a request for relief under 18 U.S.C. § 3582(c) must be filed separately in his criminal case, *United States v. Brown*, No. 1:16-cr-10060-JDB-6 (W.D. Tenn.), and cannot be combined with his Petition. His request under 18 U.S.C. § 3582(c) is therefore DENIED without prejudice to refile in his criminal case.

A § 2255 petition "must substantially follow either the form appended to [the § 2255 Rules] or a form prescribed by a local district-court rule." Rule 2(c) of the *Rules Governing Section 2255 Cases in the United States District Courts* (the "§ 2255 Rules"). This district uses the form promulgated by the Administrative Office of the United States Courts. Petitioner did not use the

Court's official form. A completed official form will enable the Court to review the issues raised by Petitioner in an efficient manner.

Therefore, Petitioner is ORDERED to file an amended § 2255 petition on the official form within twenty-eight (28) days of the date of entry of this order. If Petitioner needs additional time to comply with this order, he may file a motion seeking an extension of time on or before the due date for his submission.

Failure to comply with any requirement of this order in a timely manner will result in dismissal of this action without prejudice for failure to prosecute. *See* FED. R. CIV. P. 41(b).

The Clerk is DIRECTED to mail Petitioner the official § 2255 form.

IT IS SO ORDERED this 2nd day of August, 2019.

                                          s/ J. DANIEL BREEN
                                          UNITED STATES DISTRICT JUDGE